# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>KRESGE WESTMINSTER, LLC,<br>PROJO WESTMINSTER, LLC,<br>WILLIAM THIBEAULT, DANIEL DWYER<br>and BLADIMIR HERNANDEZ,<br>    Defendants. | CIVIL ACTION NO: 18-CV-411 |

## STIPULATION OF PLAINTIFF NAUTILUS INSURANCE COMPANY AND DEFENDANT BLADIMIR HERNANDEZ

Now come the Plaintiff, Nautilus Insurance Company and defendant, Bladimir Hernandez and hereby stipulate and agree that defendant Hernandez shall respond to plaintiff's interrogatories and document request on or before **October 18, 2019.**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **BLADIMIR HERNANDEZ**, | **NAUTILUS INSURANCE COMPANY**, |
| By his attorneys,<br>**PANNONE LOPES DEVEREAUX &<br>O'GARA LLC** | By its attorneys,<br><br>**MORRISON MAHONEY LLP** |
| */s/ William E. O'Gara*<br>*/s/ Patrick J. McBurney* | */s/ Mark T. Nugent*<br>*/s/ Thomas M. Robinson* |
| William E. O'Gara, #4257<br>Patrick J. McBurney, #9097<br>Pannone Lopes Devereaux & O'Gara LLC<br>Northwoods Office Park, Suite 215N<br>1301 Atwood Avenue<br>Johnston, RI  02919<br>(401) 824-5100<br>(401) 824-5123 (Fax) | Mark T. Nugent, #2637<br>Thomas M. Robinson, #6193<br>Ten Weybosset Street, Suite 900<br>Providence, RI 02903<br>(401) 331-466<br>(401) 351-4420 (Fax) |

835053v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 25th day of September, 2019.

*/s/ Thomas M. Robinson*