## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 18-CV-411 |
| | ) | |
| KRESGE WESTMINSTER, LLC, | ) | |
| PROJO WESTMINSTER, LLC, | ) | |
| WILLIAM THIBEAULT, DANIEL DWYER | ) | |
| and BLADIMIR HERNANDEZ, | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Now comes the Plaintiff, Nautilus Insurance Company ("Nautilus") and Defendants, Kresge Westminster, LLC, Projo Westminster, LLC and William Thibeault (collectively, and including William Thibeault, "defendants Thibeault") and Daniel Dwyer ("Dwyer") and hereby dismiss with prejudice, without interest, and without costs, any and all claims, counterclaims, causes of action and counts asserted in the above-captioned action.

**DANIEL DWYER,**
By his Attorneys,

FOLEY CERILLI, PC

*/s/ Peter Cerilli*

Peter Cerilli, #2650
56 Pine Street, Suite 200
Providence, RI 02903
Tel: (401) 272-7800
Fax: (401) 274-2780
peter@foleycerilli.com

**NAUTILUS INSURANCE COMPANY,**
By its Attorneys,
MORRISON MAHONEY LLP

*/s/ Mark T. Nugent*
*/s/ Thomas M. Robinson*

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Ten Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
mnugent@morisonmahoney.com
trobinson@morisonmahoney.com

100266318

**KRESGE WESTMINSTER, LLC, PROJO WESTMINSTER, LLC AND WILLIAM THIBEAULT,**
By their Attorneys,

ASQUITH & MAHONEY, PC

*/s/ John R. Mahoney*

_____

John R. Mahoney, #1940
155 South Main Street, Suite 202
Providence, RI 02903
Tel: (401) 331-5353
Fax: (401) 331-7373
jackmahoney@amlawllp.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 24th day of June, 2021.


*/s/ Thomas M. Robinson*

_____

100266318